# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D2025-1398
Lower Tribunal No. 2021-CP-000515

————————————————

CARLA MARIE SANT ANGELO,

Appellant,

v.

JENNIFER SANT ANGELO HUGHES and CHRISTOPHER SANT ANGELO,

Appellees.

————————————————

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Robert W. Goldman, of Goldman Felcoski & Stone, P.A., Naples, for Appellant.

Stephen Senn, Kevin A. Ashley, II, and Kevin A. Ashley, of Peterson & Myers, P.A., Winter Haven, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED